ment be filed and entered accordingly, and the mandate of this Court in this cause issue forthwith.

See, also, 147 F.2d 437.

**H. C. JONES, Collector of Internal Revenue for the District of Oklahoma, and H. C. Jones, an Individual, v. Kent B. HAYES, Executor of the Estate of Samuel W. Hayes, deceased, and Kent B. Hayes, an Individual.**

**No. 3354.**

Circuit Court of Appeals, Tenth Circuit.

June 5, 1946.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Richardson, Shartel, Cochran and Pruet, of Oklahoma City, Okla., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.

**J. B. KERLEY and Frank Silva, Appellants, v. UNITED STATES of America, Appellee.**

**No. 11351.**

Circuit Court of Appeals, Ninth Circuit.

June 12, 1946.

Walter H. Duane, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Reynold H. Colvin, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before. GARRECHT, HEALY and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be, and hereby is dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.